SCAD-19-0000055

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

CLAYTON C. IKEI,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 16-O-032)

ORDER
(By: Nakayama, J.)

Upon review of the exhibits filed in this matter on January 23, 2019 by the Disciplinary Board of the Hawaiʻi Supreme Court, in support of its report and recommendation, it is apparent that several docket items are sealed when, with proper, specific redaction, as set forth in Rule 9.1 of the Hawaiʻi Court Records Rules (HCRR), publicly accessible versions of those docket items could be made available. See Oʻahu Publications, Inc. v. Takase, 139 Hawaiʻi 236, 246, 386 P.3d 873, 883 (2016). Therefore,

IT IS HEREBY ORDERED that the Disciplinary Board, with

the cooperation of the Office of Disciplinary Counsel and Respondent Clayton Ikei, shall file publicly accessible versions of Dockets 3, 4, 7 and 8 by redacting social security and financial account information pursuant to HCRR Rule 9.1, as well as the information found at Docket 4:258-61, or good cause as to why an entire docket item should remain sealed, based upon the impracticability of specific redaction.  The parties shall, in future filings in this matter, similarly adhere to employing redaction to ensure general public access to relevant documents.

DATED: Honolulu, Hawaiʻi, March 5, 2019.

/s/ Paula A. Nakayama

Associate Justice